UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:
**Rickey Isom And Claytina Isom**                   Case No.  10-82136
                                                    Chapter   13

Social Security No. xxx-xx-4081 and xxx-xx-9116
Address:703 Lynn Road,  ,Durham, NC 27703-

                                    Debtors

## OBJECTION TO CLAIM

**NOW COME** the Debtors above-named, through counsel, pursuant to 11 U.S.C. §502 and
Bankruptcy Rule 3007, who respectfully object to the proof of claim filed by the creditor BAC
HOME LOAN SERVICING, L.P. and dated January 4, 2011, for the following reasons:

1.      The Debtors believe the "pre-petition" arrearage claim in the amount of $20,004.07 is
        overstated.

2.      The Proof of Claim asserts that BAC Home Loan Servicing, L.P. is entitled to fees totaling
        $1,799.13 for the following described expenses:
        a.      Foreclosure Fees & Expenses: $1,499.13.
        b.      Bankruptcy post-petition, pre-confirmation legal fees & expenses $ 300.00

3.      Pursuant to N.C. Gen Stat. § 45-91, for a fee to be allowed, BAC Home Loan Servicing, L.P.
        must assess the fee within 45 days from the date which the fee was incurred, and must clearly
        and conspicuously explain the fee in a statement mailed to the borrower at the borrower's last
        known address within 30 days after assessing the fee.

4.      BAC Home Loan Servicing, L.P.'s proof of claim does not specify when the fees were
        incurred, and does not specify when the fees were assessed.

5.      BAC Home Loan Servicing, L.P.'s proof of claim does not include a copy of the explanatory
        statement mailed to the borrower at the borrower's last known address.

6.      BAC Home Loan Servicing, L.P.'s failure to provide notice of the fees charged constitutes
        a waiver of said fees  pursuant to N.C. Gen Stat. § 45-91(3). See *In re Saeed*, No. 10-10303
        (Bankr. M.D.N.C., Sept 17, 2010) (2010 WL 3745641)*. See also *In re Obie*, No. 09-80794,
        (Bankr. M.D.N.C,.Nov. 24, 2009) (2009 WL 4113587)*.

Because the Debtors contest the amount of the pre-petition arrearage claimed by said creditor in its
Proof of Claim filed in this case, pursuant to Rule 34 of the Federal Rules of Civil Procedure and
Rule 9014 of the Federal Rules of Bankruptcy Procedure, the Debtors are, by separate document

attached herewith, requesting production from said creditor of a payment history and related information.

**WHEREFORE**, the Debtors pray that the Court enter an Order reducing the pre-petition arrearage claim accordingly. Furthermore, in the event that said creditor contests this objection by filing a formal response thereto, the Debtors request that, until such time as the aforementioned payment history is provided, the Court treat any hearing upon this Objection as preliminary, in accordance with the power vested in this Court pursuant to 11 U.S.C. 105(a).

Lastly, pursuant to N.C.G.S. § 6-18 & 19, the Debtors pray that the costs of this action be taxed to the Creditor and that the attorney for the Debtors be awarded fees in the amount of $500.00.

Dated: February 8, 2011

                                    **LAW OFFICES OF JOHN T. ORCUTT, P.C.**

                                    /s Koury Hicks
                                    Koury Hicks
                                    N.C. State Bar No. 36204
                                    6616-203 Six Forks Road
                                    Raleigh, N.C. 27615
                                    (919) 847-9750

claimomd.wpt (rev. 9/28/10)

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

In Re:

**Rickey Isom And Claytina Isom**

Case No.  10-82136
Chapter   13

Social Security No. xxx-xx-4081 and xxx-xx-9116
Address:703 Lynn Road,  ,Durham, NC 27703-

Debtors

## CERTIFICATE OF SERVICE

I, Renee Nolte, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on February 8, 2011.  I served copies of the foregoing **OBJECTION TO CLAIM** electronically or, when unable, by regular first-class U.S. mail, addressed to the following parties:

BAC HOME LOAN SERVICING, L.P.
**Attn: Managing Agent**
Ms Ca6-919-01-23
400 Natiobnal Way
Simi Valley, CA 93065-

Sean Corcoran
Attorney for BAC HOME LOAN SERVICING, L.P.
5121 Parkway Plaza Drive
Suite 300
Charlotte, NC 28217-

U.S. Bankruptcy Administrator

Richard M. Hutson, II
Chapter 13 Trustee

/s Renee Nolte
Renee Nolte